No. 83–1622. BRANDON ET AL. *v.* HOLT, DIRECTOR OF POLICE FOR THE CITY OF MEMPHIS, ET AL. C. A. 6th Cir. Certiorari granted.

No. 83–1362. CLEVELAND BOARD OF EDUCATION *v.* LOUDERMILL ET AL.;

No. 83–1363. PARMA BOARD OF EDUCATION *v.* DONNELLY ET AL.; and

No. 83–6392. LOUDERMILL *v.* CLEVELAND BOARD OF EDUCATION ET AL. C. A. 6th Cir. Motions of James Loudermill for leave to proceed *in forma pauperis* granted. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 721 F. 2d 550.

No. 83–1252. NEURO AFFILIATES, DBA CROSSROADS HOSPITAL *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied.

No. 83–1257. SAFEWAY STORES, INC. *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ET AL. C. A. 5th Cir. Certiorari denied.

No. 83–1350. MOORE ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 83–1365. MASTRANGELO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 83–1402. CONDON *v.* MAINE. Sup. Jud. Ct. Me. Certiorari denied.

No. 83–1414. BROTHERHOOD OF RAILWAY, AIRLINE & STEAMSHIP CLERKS, FREIGHT HANDLERS, EXPRESS & STATION EMPLOYEES *v.* RUSSELL ET AL. C. A. 5th Cir. Certiorari denied.

No. 83–1447. BIRMINGHAM LINEN SERVICE *v.* BELL. C. A. 11th Cir. Certiorari denied.

No. 83–1467. VAINIO *v.* MAINE. Sup. Jud. Ct. Me. Certiorari denied.

No. 83–1490. CITY OF ALTOONA, PENNSYLVANIA *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION. C. A. 3d Cir. Certiorari denied.